**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7848**

———————

TAHRIM SUPREME C. JIHAD, a/k/a Vincent Edward
Little,

Plaintiff - Appellant,

versus

JAMES HARVEY, Regional Administrator; LAURIE
F. BESSINGER, Warden; JOYCE BROWN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Cameron McGowan Currie, District
Judge. (CA-96-1971-2-22AJ)

———————

Submitted: August 11, 1998      Decided: September 17, 1998

———————

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tahrim Supreme C. Jihad, Appellant Pro Se. Michael Stephen Pauley,
LIDE, MONTGOMERY, POTTS & MEDLOCK, P.C., Columbia, South Carolina;
Andrew Frederick Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A.,
Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jihad v. Harvey</u>, No. CA-96-1971-2-22AJ (D.S.C. Dec. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>